# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

BONDARY McCALL                                                                                    PLAINTIFF
REG. #43827-019

V.                                        NO: 4:07CV00847 SWW

GREGORY LOCKHART *et al.*                                                                DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 26th day of November, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE